**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RAY L. ALEXANDER,                               )
                                                )
            Plaintiff,                          )
                                                )
        v.                                      )           No. 4:26-cv-148-CMS
                                                )
DOUGLAS A. COLLINS,                             )
                                                )
            Defendant.                          )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court upon review of self-represented Plaintiff Ray L. Alexander's complaint filed on February 2, 2026. ECF No. 1. The complaint is defective because it has not been drafted on a Court form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Because Plaintiff is proceeding without counsel, the Court will allow him the opportunity to file an amended complaint on Court-provided forms.

Further, Plaintiff's application to proceed in district court without prepaying fees or costs., ECF No. 2, is defective as it does not provide sufficient information regarding Plaintiff's finances. Plaintiff provides no information about his income, his assets, his debts, or any other relevant financial information. Therefore, the motion will be denied at this time. Plaintiff must either pay the full filing fee or Plaintiff must file a completed application to proceed in district court without prepaying fees or costs.

Plaintiff will therefore be directed file an amended complaint on Court-provided forms AND to either file an application to proceed in district court without prepaying fees or costs or pay

the full filing fee within **30 days** of the date of this order. **If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee within **30 days** of the date of this order.

**IT IS FURTHER ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form within **thirty (30) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original filing and will be the only pleading that this Court will review.

Dated this 22nd day of May, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

2