**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RAY L. ALEXANDER,            )
                               )
        Plaintiff,          )
                               )
        v.              )       No. 4:26-cv-148-CMS
                               )
DOUGLAS A. COLLINS,       )
                               )
        Defendant.     )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court upon review of self-represented Plaintiff Ray L. Alexander's motion for reconsideration. ECF No. 4. Plaintiff asks to continue without using Court forms. The motion will be denied. Plaintiff has already been notified that Local Rule 2.06(A) requires self-represented plaintiffs to use Court-provided forms. This does not deny Plaintiff access to the Courts. The forms often serve as an aid to self-represented litigants. Plaintiff has not identified any legitimate harm that will result from using a Court-provided form, only a speculative fear.

Further, Plaintiff's application to proceed in district court without prepaying fees or costs., ECF No. 2, is defective as it does not provide sufficient information regarding Plaintiff's finances. Therefore, the motion will be denied. Plaintiff must either pay the full filing fee or Plaintiff must file a completed application to proceed in district court without prepaying fees or costs.

It should be noted that Plaintiff filed his motion for reconsideration one day *after* his amended complaint was due. Plaintiff is warned that he should adhere to deadlines set by the Court. Failure to comply with deadlines in Court Orders may result in dismissal. The Court will

allow Plaintiff until **July 6, 2026** to either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee AND file an amended complaint. Both Court forms have already been provided to Plaintiff. **If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application to proceed in district court without prepaying fees or costs [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs or pay the full filing fee by **July 6, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court's form by **July 6, 2026.** Plaintiff is advised that his amended complaint will take the place of his original filing and will be the only pleading that this Court will review.

Dated this 23rd day of June, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE